**Appeal Reinstated, Motion Granted, Appeal Dismissed, and Memorandum Opinion filed September 12, 2019.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-18-00692-CV

---

## ENERGY STRATEGIC ADVISORY SERVICES LLC AND BLUESCAPE ENERGY PARTNERS LLC, Appellants

### V.

## ENTERPRISES PRODUCTS OPERATING LLC AND ACADIAN GAS PIPELINE SYSTEM, Appellees

---

**On Appeal from the 157th District Court
Harris County, Texas
Trial Court Cause No. 2016-60848A**

---

### MEMORANDUM  OPINION

This is an interlocutory appeal from an order signed July 30, 2018. We abated the appeal on November 26, 2018, on the parties' joint motion so that they could pursue settlement. On September 4, 2019, the parties filed a joint motion to dismiss the appeal. *See* Tex. R. App. P. 42.1.

We reinstate the appeal, grant the joint motion to dismiss, and dismiss the appeal.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Wise and Hassan.